

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00055-CV

## IN THE INTEREST OF B.R.B., A CHILD

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2018-3774-3**

## MEMORANDUM OPINION

Ann Sabatino appeals the trial court's Final Order of Termination. The underlying termination proceeding was initiated by private parties, not the State. By letter dated March 18, 2021, Sabatino was informed that her notice of appeal was untimely. Sabatino was also warned that the appeal would be dismissed unless, within 14 days from the date of the letter, Sabatino filed a response with the Court showing grounds for continuing the appeal. Fourteen days have passed, and we have not received a response from Sabatino.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Appeal dismissed
Opinion delivered and filed April 7, 2021
[CVO6]

